**FILED**

JUN 28 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. _____
(To be filled out by Clerk's Office only)

_Antwan Devon Harvey_

Inmate Number _1295876_

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

*(Pro Se* Prisoner)

-against-

_John doe, warden of Scotland C.I.,_
_John doe, warden of Tabor C.I.,_
_John doe, LT of Scotland C.I. Sued_
_individually and in their official Capacities._

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Antwan Harvey
Name

1295876
Prisoner ID #

Tabor City C.I.
Place of Detention

4600 Swamp Fox Highway West
Institutional Address

Tabor City            NC            28463
City                  State         Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee   [x] State   [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: John doe
Name

warden
Current Job Title

Scotland C.I.
Current Work Address

                  NC
City                 State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: John doe
Name

warden
Current Job Title

Tabor City C.I. 4600 Swamp Fox Highway west
Current Work Address

Tabor         NC         28463
City             State       Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: _John doe_
Name

_L.T._
Current Job Title

_Scotland C.I._
Current Work Address

_____ _NC_ _____
City    State    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City    State    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Scotland C.I, Tabor City C.I

Date(s) of occurrence: Feb 16, 2024 "intill" may 23, 2024

State which of your federal constitutional or federal statutory rights have been violated:

Eight amendment of U.S.C

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

I was assaulted by multiple inmates and harassed, placed in harms way by prison officials, exposed to constant adequate lighting that went on for more then 30 days while being reexposed to dangerous situations. Defendants "John doe" and "John doe" are the wardens for each individual C.I. So they are fully responsible.

**What happened to you?**

I was assaulted and abused by multiple inmates. Stabbed, dumped, burned, and Harassed. Placed in Situation of danger, exposed to Constant lighting then reexposed to dangerous Conditions.

**When did it happen to you?**

This year, Dates of occurrences 2-16-2024, 4-12-2024, 4-25-2024, 5-23-2024, 5-26-2024.

**Where did it happen to you?**

Scotland C.I. I was at all times mentioned therein a inmate of the Scotland C.I. I'm currently in Confinement Here at Tabor City C.I where other Claims have taken place.

| What was your injury? | Burned badly. |

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No
  If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No
  If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Award me Compensatory damages in the following amounts $5,000 Jointly and Severally against defendants John doe and John doe For denial of rights

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Page 9 of 10

Case 5:24-ct-03162-D-RJ    Document 1    Filed 06/28/24    Page 9 of 10

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6-19-2024
Dated

/s/ Antwan Harvey
Plaintiff's Signature

Antwan Harvey
Printed Name

1295876
Prison Identification #

Tabor City C.I. 1600 Fox Highway W | Tabor | NC | 28463
Prison Address | City | State | Zip Code